SCOTT N. JOHNSON
5150 FAIR OAKS BLVD., STE 101/253
CARMICHAEL, CA 95608
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for: PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT N. JOHNSON** | Case No.: **2:06-CV-02889-WBS-KJM** |
| Plaintiff | JOINT STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271 |
| v. | |
| **Piper Creek, LLC,** | |
| Defendant(s) | |

Pursuant to Local Rule 16-271, Plaintiff and Defendants hereby consent to submitting the above-entitled action to the Voluntary Dispute Resolution Program.

Dated:  May 16, 2007

/s/Cris C. Vaughan_____

Cris C. Vaughan

Attorney for Defendants

Dated:   June 7, 2007

/s/Scott N. Johnson____

Scott N. Johnson

Plaintiff Pro Se


**IT IS SO ORDERED:**

        That pursuant to Local Rule 16-271, this matter is referred to the Voluntary Dispute Resolution Program.


Dated: June 6, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE